# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL QUEZADA,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00959-DAD-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING AND TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 18) |

This action was removed to this Court on July 8, 2020. (ECF No. 1) On June 14, 2021, the District Judge granted Defendants' motion to dismiss. (ECF No. 13.) On July 2, 2021, a first amended complaint was filed. (ECF No. 15.) On July 16, 2021, the parties filed a stipulation extending the time for Defendants to file a responsive pleading by fourteen (14) days. (ECF No. 16.) On July 30, 2021, the parties filed a stipulation further extending the deadline to file a responsive pleading, and requesting the scheduling conference be continued to allow the parties to discuss the merits of Defendants' potential motion to dismiss. (ECF No. 18.) The Court finds good cause to continue the scheduling conference and further extend the deadline for Defendants to file a responsive pleading.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file a responsive pleading on or before August 13, 2021;
2. The scheduling conference set for August 31, 2021, is CONTINUED to **October 1, 2021, at 10:30 a.m.** in Courtroom 9; and
3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **July 30, 2021**

UNITED STATES MAGISTRATE JUDGE

2