1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL QUEZADA, | Case No. 1:20-cv-00959-ADA-SAB |
| Plaintiffs, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 33) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

A scheduling order for this matter issued on March 29, 2022.  (ECF No. 31.)   On September 22, 2022, the parties filed a stipulation to modify the scheduling order.  (ECF No. 33.) The parties seek to extend the discovery deadlines, and the dispositive motion filing deadline by 60 days.  The parties proffer that they have made significant progress in completing non-expert discovery, however, due to unanticipated delays, the parties require additional time to complete non-expert and expert discovery.  The parties did not specify what these unanticipated delays were, or provide any additional information to support a finding of good cause.  The Court will be disinclined to grant any future modifications to the scheduling absent a more specific demonstration of good cause.  Nonetheless, given this action was reassigned to District Judge Ana de Alba, the Court finds sufficient good cause to grant the request, and reset the pretrial conference and trial date on appropriate dates in relation to the extended dispositive motion filing

1

deadline.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 33) is GRANTED, and the scheduling order is modified as follows:

1.      Non-Expert Discovery Deadline: **November 24, 2022**;

2.      Expert Disclosure Deadline: **January 22, 2023**;

3.      Supplemental Expert Discovery Deadline: **February 12, 2023**;

4.      Expert Discovery Deadline: **March 24, 2023**;

5.      Dispositive Motion Deadline: **May 23, 2023**;

6.      Pretrial Conference: **October 30, 2023, at 1:30 p.m., in Courtroom 1, before District Judge Ana de Alba**; and

7.      Trial: **January 9, 2024, at 8:30 a.m., in Courtroom 1, before District Judge Ana de Alba**.

IT IS SO ORDERED.

Dated:   **September 22, 2022**

_____
UNITED STATES MAGISTRATE JUDGE