# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL QUEZADA, | Case No. 1:20-cv-00959-ADA-SAB |
| Plaintiffs, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 37) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

A scheduling order for this matter issued on March 29, 2022, and was modified one time on September 23, 2022. (ECF Nos. 31, 34.) On November 18, 2022, the parties filed a stipulation agreeing to take more than ten (10) depositions pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), and requesting to modify the scheduling order extending the discovery deadlines by approximately 75 days. (ECF No. 37.) The parties seek to extend the deadlines in order to complete the depositions of parties and nonparties, including up to fifteen inmate witnesses.

The Court finds good cause to grant the stipulated motion. The parties request to extend the nonexpert discovery deadline, and the expert witness disclosure deadlines, however, did not request to extend the expert discovery cutoff deadline. The Court finds it prudent to extend that deadline as well beyond the supplement expert disclosure deadline.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 37) is GRANTED, and the scheduling order is modified as follows:

1. The parties may take more than ten (10) depositions in this matter under Fed. R. Civ. P. 30(a)(2)(A)(i);
2. Non-Expert Discovery Deadline: **February 7, 2023**;
3. Expert Disclosure Deadline: **April 7, 2023**;
4. Supplemental Expert Disclosure Deadline: **April 29, 2023**;
5. Expert Discovery Deadline: **May 8, 2023**; and
6. All other dates and aspects of the modified scheduling order remain unchanged.

IT IS SO ORDERED.

Dated:   **November 18, 2022**

UNITED STATES MAGISTRATE JUDGE