1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL QUEZADA, | Case No. 1:20-cv-00959-ADA-SAB |
| Plaintiff, | ORDER RE: DEFENDANTS' STATUS REPORT |
| v. | (ECF No. 40) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

A scheduling order for this matter issued on March 29, 2022, and was modified on September 23, 2022, November 21, 2022, and January 18, 2023.  (ECF No. 31, 34, 38, 40.)  On January 18, 2023, the Court partially granted the parties' stipulated motion to modify the scheduling order, by extending only the expert discovery deadlines and dispositive motion deadlines, and vacating the trial dates, in order to permit the parties to attend mediation or a settlement conference.  (ECF No. 40.)  The parties were directed to submit a status report no later than April 21, 2023, as to the status of mediation/settlement.

On April 21, 2023, Defendants submitted a status report indicating the parties attended private mediation on March 17, 2023, but the matter did not settle.  Thus, Defendants propose new expert discovery and dispositive motion deadlines, and new trial dates.  Defendants further proffer they attempted to confer with Plaintiff regarding a potential joint status report and joint

proposed schedule, but the parties were unable to come to an agreement due to ongoing disputes in other non-expert discovery-related matters, which the parties are currently attempting to resolve without seeking Court intervention.  The Court notes only Defendants filed a status report by the deadline, and Plaintiff did not independently file any report.  The Court therefore finds good cause exists to grant Defendants' requested deadlines and shall set trial dates in accordance with the Court's availability.

Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified and deadlines are reset as follows:

1.      Expert Witness Disclosure Deadline: **July 10, 2023**;

2.      Supplemental/Rebuttal Expert Disclosure Deadline: **August 1, 2023**

3.      Dispositive Motion Filing Deadline: **August 25, 2023**;

4.      Pretrial Conference: **January 22, 2024,** at **1:30 p.m.**, in **Courtroom 1**; and

5.      Trial: **April 30, 2024**, at **8:30 a.m.**, in **Courtroom 1**.

IT IS SO ORDERED.

Dated:   **April 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE