1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| JOSE MIGUEL QUEZADA, | Case No. 1:20-cv-00959-ADA-SAB |
| Plaintiff, | ORDER GRANTING PARTIES REQUEST TO RETAIN JURISDICTION AFTER DISMISSAL |
| v. | (ECF No. 63) |
| STATE OF CALIFORNIA, et al., | **DEADLINE: NOVEMBER 22, 2023** |
| Defendants. | |

11
12
13
14
15
16

17         Plaintiff filed this action in the Superior Court of the State of California, County of Kern

18   on April 9, 2020.  (ECF No. 1.)  The action was removed to the Eastern District of California on

19   July 8, 2020.  (Id.)  On November 1, 2023, the parties filed a notice of settlement.  (ECF No. 63.)

20   The parties requested the Court retain jurisdiction for 180 days or until the settlement amount is

21   paid, whichever is shorter, after the parties file their request for dismissal with prejudice.  (Id.)

22   The parties also request that the Court continue all hearings and deadlines in this matter until the

23   notice of dismissal is filed.  (Id.)

24         On November 2, 2023, the Court set the deadline to file dispositional documents for

25   November 22, 2023.  (ECF No. 64.)  The Court also advised the parties that once the terms of a

26   settlement agreement are finalized and the settlement agreement is signed by the parties,

27   dismissal is not dependent on performance but rather settlement of the action, and that the Court

28   generally declines generic requests to retain jurisdiction following dismissal, absent a specific

1

request and showing of good cause, and such retention requires a subsequent order of approval from the Court retaining jurisdiction, <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 378 (1994).  (ECF No. 64.)

On November 6, 2023, the parties filed a stipulation proffering that the parties cannot likely meet the current deadline.  (ECF No. 65.)  Specifically, the filing proffers that Plaintiff cannot go forward with a settlement unless the Court retains jurisdiction after the stipulation of dismissal is filed, or the parties are allowed to file the dismissal after the settlement amount is paid.  During negotiations, the parties proceed into settlement based on agreement of these terms.

Given the parties' apparent dependence on these terms in reaching settlement, the Court shall grant the parties' request to retain jurisdiction for 180 days after the parties file their request for dismissal with prejudice, or until the settlement amount is paid, whichever is shorter.

Accordingly, IT IS HEREBY ORDERED that:

1.    The parties shall file dispositional documents on or before **November 22, 2023**; and

2.    The Court shall retain jurisdiction over the settlement, for 180 days after the parties file their request for dismissal, or until the settlement amount is paid, whichever is shorter.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

_____
UNITED STATES MAGISTRATE JUDGE